UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISCTRICT OF WEST VIRGININA
BECKLEY

UNITED STATES OF AMERICA

v.                                          CRIMINAL ACTION NO.  5:09-00065

THOMAS BROWNING

**NOTICE OF APPEAL**

Notice is hereby given that Thomas L. Browning, defendant in the

above named case, hereby appeals to the United States Court of Appeals for

the Fourth Circuit from an order of District Court Judge Irene Berger

sentencing defendant upon his plea, entered following the sentencing of

defendants on January 28, 2010.

THOMAS L. BROWNING, P.Q.


s/ Derrick W. Lefler
Gibson, Lefler & Associates
1345 Mercer Street
Princeton, WV 24740
W.Va. Bar Id. 5785
Phone:  (304) 425-8276
Fax:  (304) 487-1574
E-mail:  dlef@citlink.net

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISCTRICT OF WEST VIRGININA
BECKLEY

UNITED STATES OF AMERICA

v.                                        CRIMINAL ACTION NO.  5:09-00065

THOMAS BROWNING

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served a true copy of the

foregoing *NOTICE OF APPEAL* upon counsel for the United States of America , by

submitting via electronic filing to said counsel as follows, on this the 10th day of

February, 2010:

    Thomas Ryan
    Assistant United States Attorney

    J. Steven Hunter
    Counsel for Ricky Nichols
    209 North Court Street
    Lewisburg, WV  24901

    Gary Collias, Esquire
    Counsel for Landon Cline
    P.O. Box 70007
    Charleston, WV  25301

                               s/  Derrick  W.  Lefler
                              DERRICK W. LEFLER