FILED: February 16, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-4172 (L)
(5:09-cr-00065-1)

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee

v.

THOMAS BROWNING,

                    Defendant - Appellant

_____

No. 10-4173
(5:09-cr-00065-3)

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee

v.

RICKY NICHOLS,

                    Defendant - Appellant

_____

O R D E R

_____

The Court consolidates Case No. 10-4172 and Case No. 10-4173. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk